IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT R. SCHMIDT,

    Plaintiff,

v.

DEBRA McCULLOUGH,
ROBERT KNEEPKINS,
BRIAN FAUST and JEFF HRUDKA,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-192-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed in forma pauperis and dismissing plaintiff's federal claims for failure to state a claim on which relief may be granted and dismissing plaintiff's state law claims without prejudice.

_____     _6/4/12_
Peter Oppeneer, Clerk of Court            Date